UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHNATHAN ARCHILLE                                         CIVIL ACTION

VERSUS

CITY OF JACKSON, ET AL.                                    NO. 24-00527-BAJ-RLB

RULING AND ORDER

The *pro se* Plaintiff, an inmate currently confined at the East Baton Rouge Parish Prison, has sued the City of Jackson, Paul Toce, Karla Bringedahl, R. Wells, and Dustin Beckham (collectively "Defendants"), alleging that his constitutional rights were violated. Plaintiff alleges that he was forced to labor in excessive heat, that he suffered injuries connected to this labor, that he was given deficient medical care, and that he was ultimately transferred to a more dangerous prison because he lodged related administrative complaints. (Doc. 1 at pp. 8-10).

Pursuant to the screening requirements of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, the Magistrate Judge has now issued a **Report and Recommendation (Doc. 5, the "R&R")**, recommending that Plaintiff's claims for deliberate indifference to his medical needs, exposure to excessive heat, and for compensatory damages be dismissed with prejudice. (Doc. 5 at p. 10). The R&R further recommends that the Court decline to exercise supplemental jurisdiction over Plaintiff's potential state law claims. (*Id.*). Finally, the R&R recommends that this matter be referred back to the Magistrate Judge for further proceedings on Plaintiff's remaining claims

for retaliation, brought against Defendant Dustin Beckham, for nominal and punitive damages. (*Id.* at p. 11). Neither Plaintiff nor Defendants object to the R&R.

Upon de novo review, the Court **APPROVES** the R&R and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that all of Plaintiff's claims, except for his retaliation claims against Dustin Beckham, be and are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims.

**IT IS FURTHER ORDERED** that this matter be and is hereby referred back to the Magistrate Judge for further proceedings consistent with this Order.

Baton Rouge, Louisiana, this 13th day of November, 2024

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**